**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2141**

_____

In Re:  SHEILA OLLISA MCCOY,

Debtor.

- - - - - - - - - - - - - - - -

SHEILA OLLISA MCCOY

Appellant,

versus

ROSEMONT AUTO TITLE LOANS,

Appellee,

and

UNITED STATES TRUSTEE,

Party in interest.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:06-cv-00344-JBF)

_____

Submitted:  February 22, 2007      Decided:  February 27, 2007

_____

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sheila Ollisa McCoy, Appellant Pro Se.  Tom Cain Smith, Jr, LAW OFFICES OF TOM C. SMITH, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Ollisa McCoy appeals the district court's orders (1) affirming the bankruptcy court's order denying her motion to avoid the Appellee's interest in her vehicle, pursuant to 11 U.S.C. § 522(F) (2000), and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Rosemont Auto Title Loans, No. 2:06-cv-00344-JBF (E.D. Va. Oct. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED